PAGE BELTING COMPANY, Respondent, *v.* RUSSELL PARKER, Appellant.

*Page Belting Co.* v. *Parker*, 21 App. Div. 160, affirmed.
(Submitted May 22, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1897, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Archibald C. Shenstone* for appellant.

*Jonathan C. Ross* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.

---

WILLIAM GUBBINS, Appellant, *v.* CHARLES G. PETERSON, Respondent.

*Gubbins* v. *Peterson*, 21 App. Div. 241, affirmed.
(Argued May 22, 1900; decided June 5, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 29, 1897, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granting a new trial.

*E. J. McCrossin* for appellant.

*James P. Philip* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.